# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Thomas Reynolds | ) Case No: 1:02CR00146-001 |
| | ) USM No: 07432-027 |
| Date of Original Judgment: 09/08/2003 | ) |
| Date of Previous Amended Judgment: 11/17/2009 | ) Sara J. Varner |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  151 months*  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _[signature] Dina M. Dale_
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  09/19/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  3/12/2015

_[signature]_
*Judge's signature*

Effective Date:  11/1/2015       Honorable Richard L. Young, Chief U.S. District Court Judge
*(if different from order date)*                         *Printed name and title*